IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:16cr3HTW-FKB

DILMAR PIVARAL-DELEON  8 U.S.C. §1326(a) & (b)(2)

**The Grand Jury charges:**

That on or about December 2, 2015, in Rankin County in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **DILMAR PIVARAL-DELEON**, an alien to the United States and a citizen of Mexico, having previously been convicted in the Superior Court of Henry County, Georgia, on March 22, 2006, for Possession of Methamphetamine with Intent to Distribute in Cause Number 2004-SU-CR-837, an aggravated felony, and arrested and removed from the United States on or about May 26, 2006, was found in the United States without having received the permission of the Attorney General of the United States or the Secretary of Homeland Security to re-enter the United States.

All in violation of Sections 1326(a) & (b)(2), Title 8, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 20th day of JANUARY, 2016.

_____
UNITED STATES MAGISTRATE JUDGE